THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| KENNETH JEFFREYS, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 4:21-cv-00080-BO ) ) |
| 4B, LLC a North Carolina Limited Liability Company, | ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, file this Notice of Settlement to advise the Court that they have reached an agreement regarding the material terms of a settlement to resolve the issues in this case. The parties are currently waiting on their respective client's final approval of the proposed form of settlement agreement and signatures. The parties anticipate filing a joint stipulation for dismissal within thirty (30) days once all parties have executed the agreement. The parties further request that all hearings and deadlines be adjourned.

Respectfully submitted,

*/s/ Walter E. Daniels* .
Walter E. Daniels III, Esq.
NC Bar No. 27219
14 South Pack Square, Suite 502
Asheville, North Carolina 28801
Tel: (828) 258-7022
Fax: (888) 277-2412
danielslawfirm.p.c@gmail.com
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Joshua R. Adams* .
Joshua R. Adams, Esq.
N.C. State Bar No. 49038
Jackson Lewis P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202
Tel: (980) 465 7237
Fax: (704) 333-7764
Joshua.Adams@jacksonlewis.com
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Joshua R. Adams, Esq.
Jackson Lewis P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202

By: <i>/s/ Walter E. Daniels</i>        .<br>Walter E. Daniels III, Esq.