THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| KENNETH JEFFREYS, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) CASE NO.: 4:21-cv-00080-BO |
| vs. | )<br>) |
| 4B, LLC<br>a North Carolina Limited Liability Company, | )<br>)<br>) |
| Defendant. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,

*/s/ Walter E. Daniels*         .
Walter E. Daniels III, Esq.
NC Bar No. 27219
14 South Pack Square, Suite 502
Asheville, North Carolina 28801
Tel: (828) 258-7022
Fax: (888) 277-2412
danielslawfirm.p.c@gmail.com
*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ Joshua R. Adams*         .
Joshua R. Adams, Esq.
N.C. State Bar No. 49038
Jackson Lewis P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202
Tel: (980) 465 7237
Fax: (704) 333-7764
Joshua.Adams@jacksonlewis.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joshua R. Adams, Esq.
Jackson Lewis P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202

                                                */s/ Walter E. Daniels*
                                                Walter E. Daniels, Esq.